**92–307.** Bank One, Columbus, N.A. v. O'Brien. *Franklin County*, Nos. 91AP–821 and 91AP–920. On motion to dismiss and on motion to consolidate with 92–439, *Bank One, Columbus, N.A.*

*v. O'Brien*, Franklin County, Nos. 91AP–165 and 91AP–440.  Motion to dismiss sustained.  Cause dismissed.  Motion to consolidate overruled.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

H. BROWN, J., not participating.